**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

**TOMAS EDUARDO ANDRADE**
**Plaintiff,**

**v.**

**CVS PHARMACY, INC. DBA CVS.**
**Defendant.**

**CIVIL ACTION NO.**

**JURY DEMANDED**

**INDEX OF STATE COURT FILINGS**

| **Notice of Removal Exhibit No.** | **Filing** | **Date** |
|---|---|---|
| Exhibit 1 | Index of State Court Filings | N/A |
| Exhibit A | The State Court's Docket Sheet | 03/06/2025 |
| Exhibit B | Plaintiff's Original Petition | 01/27/2025 |
| Exhibit C | Citation By Certified Mail on CVS Pharmacy, Inc. | 01/30/2025 |
| Exhibit D | Service Return of CVS Pharmacy, Inc. | 02/05/2025 |
| Exhibit E | List of Parties and Counsel | 03/06/2025 |
| Exhibit 2 | Civil Cover Sheet | 03/06/2025 |